UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:24-cr-00035-MCR

MILLER LANDTONIA MIDDLETON

## NOTICE OF HEARING

TAKE NOTICE that the proceeding in the case has been set for the place, date and time set forth below:

**Place:** United States Courthouse
One North Palafox Street
Pensacola, Florida 32502

**Room No:** Courtroom 5

**Date:** November 14, 2024

**Time:** 9:00 AM CST

**Time Allotted:** *1 hour reserved

**Proceeding:** Sentencing Hearing before the Honorable M. Casey Rodgers

*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*

JESSICA J. LYUBLANOVITS
CLERK OF COURT

July 31, 2024
DATE:

/s/ *Barbara Rogers*
Deputy Clerk:

Copies to:
Honorable M. Casey Rodgers
Counsel of Record
U.S. Marshal
U.S. Probation

*Note: Should additional time be needed, please notify the court.